No. 01–7487. CHAMBERS *v.* MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–7494. SCERAVINO *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–7517. TUCKER *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–7595. DOLENZ *v.* MORRISON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–7596. DOLENZ *v.* HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–7597. ROBERTS *v.* DEPARTMENT OF THE ARMY. C. A. 5th Cir. Certiorari denied.

No. 01–7619. CRUZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7669. LIPMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–7670. ALEJO-HERNANDEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7671. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–7674. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7683. STEDEFORD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–7686. AGUIRRE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7690. MCNEIL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7698. VASQUEZ-FLORES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.